In re LOSEE'S ESTATE. (Supreme Court, Appellate Division, Second Department. January 11, 1907.) In the matter of the estate of Stephen Losee, deceased. No opinion. Reargument ordered, and case set down for Tuesday, January 22, 1907.

LOVETT, Appellant, v. LOVETT, Respondent. (Supreme Court, Appellate Division, Second Department. January 11, 1907.) Action by George E. Lovett against Grace E. Lovett. No opinion. Without passing upon the question of the power of the court at Special Term to initiate and make inquiry as to collusion, of which the record furnishes no evidence, we think the court was without power to amend the pleading after the issues had been tried. The order is therefore reversed and motion denied, and case remitted to the Special Term.

LOVETT, Respondent, v. LOVETT, Appellant. (Supreme Court, Appellate Division, Second Department. January 25, 1907.) Action by George E. Lovett against Grace E. Lovett. No opinion. Motion to dismiss appeal granted.

LUNNY v. McCLELLAN. (Supreme Court, Appellate Division, First Department. January 29, 1907.) Action by Farrell Lunny against Malleville W. McClellan. No opinion. Motion denied, with $10 costs. Order filed.

LUTFY, Appellant, v. NASSER et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 25, 1907.) Action by Deeb Lutfy against Shakir Nasser and others. No opinion. Motion for reargument denied, with costs, and stay vacated.

LYON et al., Respondents, v. TOWNSEND et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 25, 1907.) Action by William A. Lyon and another against Edward I. Townsend and another. No opinion. Order of the County Court of Rockland County modified by deducting the sum of $20, disallowed by the county clerk and restored by the County Court, and, as modified, affirmed, without costs.

McCAFFERY, Respondent, v. FOSTER, Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by Sarah McCaffery against James C. Foster. No opinion. Motion to dismiss appeal ·granted.

McCAMMON, Respondent, v. STATE, Appellant. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Action by George W. McCammon against the state of New York.
PER CURIAM. Judgment affirmed, with costs.
PARKER, P. J., not voting, not being a member of this court at the time this decision is handed down.

McCORMACK, Appellant, v. LEFFIN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 9, 1907.) Action by William V. McCormack against Robert F. Leffin and another.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
WILLIAMS, J., dissents, on the ground that there was no evidence of any such default as provided for by the statute, that there was no evidence that the default was satisfactorily excused, and no evidence that manifest injustice had been done.

MACDONALD, Respondent, v. GENERAL ELECTRIC INSPECTION CO., Appellant. (Supreme Court, Appellate Division, First Department. February 8, 1907.) Action by Frank M. Macdonald against the General Electric Inspection Company. J. C. Palmer, for appellant. R. S. Rounds, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

McGOWN, Respondent, v. UNDERHILL et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by Carrie U. McGown against Mary I. Underhill and others. No opinion. Motion to resettle order granted.

MACKAY, Respondent, v. SEAMAN, Appellant. (Supreme Court, Appellate Division, Second Department. January 11, 1907.) Action by George D. Mackay against Frank Seaman. No opinion. Judgment and order affirmed, with costs.

MAGEE CARPET CO., Appellant, v. WHITE et al., Respondent. (Supreme Court, Appellate Division, First Department. January 25, 1907.) Action by the Magee Carpet Company against James M. White and others. A. H. Gleason, for appellant. A. S. Andrews, for respondent. No opinion. Order modified by striking out the words, "or to any other counselor at law or notary public of the state of Pennsylvania," and, as so modified, affirmed, without costs. Settle order on notice.

MAGUIRE et al., Respondents, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. January 25, 1907.) Action by James Maguire and another against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs, on reargument.

MARTIN, Respondent, v. WERMANN, Appellant. (Supreme court, Appellate Division, Second Department. January 11, 1907.) Action by Frank P. Martin against Herman Wermann. No opinion. Judgment and order of the County Court of Kings County unanimously affirmed, with costs.

MARTIN, Respondent, v. WERMANN, Appellant. (Supreme Court, Appellate Division,

Second Department. January 31, 1907.) Action by Frank P. Martin against Herman Wermann. No opinion. Motion for leave to appeal to the Court of Appeals denied.

MATTERN, Respondent, v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Action by Marcus Mattern against the United Traction Company.

PER CURIAM. Judgment and order unanimously affirmed, with costs.

. PARKER, P. J., not sitting.

MEANEY, Respondent, v. HURWITZ, Appellant. (Supreme Court, Appellate Division, Second Department. January 15, 1907.) Action by John Meaney against Wulf Hurwitz. No opinion. Motion denied.

MEMPHIS TROTTING ASS'N, Respondent, v. SMATHERS, Appellant. (Supreme Court, Appellate Division, First Department. January 25, 1907.) Action by the Memphis Trotting Association against Elmer E. Smathers. J. F. Cloonan, for appellant. J. J. Adams, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MENGIS, Respondent, v. FITZGERALD, Appellant. (Supreme Court, Appellate Division, Second Department. January 15, 1907.) Action by Morris C. Mengis against Louis Fitzgerald. No opinion. Motion for stay pending the appeal granted, without costs, on condition the appellant argue the appeal when reached on the calendar.

MENGIS, Respondent, v. FITZGERALD, Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by Morris C. Mengis against Louis Fitzgerald.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

MILLER, J., dissents.

In re MERILLON'S WILL. (Supreme Court, Appellate Division, Second Department. January 11, 1907.) In the matter of proving the last will and testament of Cornelia Stewart Merillon, deceased, as a will of real and personal property. No opinion. Decree of the Surrogate's Court of Nassau County affirmed, with costs.

MEYERHOFFER v. BAKER. (Supreme Court, Appellate Division, First Department. January 18, 1907.) Action by Sarah Meyerhoffer against Hyman D. Baker. No opinion. Application granted. Order signed.

MIDDLETON, Respondent, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. January 11, 1907.) Action by Virginia F. Middleton against the board of education of the city of New York. No opinion. Judgment affirmed by default, with costs.

MIDDLEWORTH, Respondent, v. ORDWAY et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Action by Sarah Middleworth against Mary M. Ordway, individually and as administratrix, etc., and others.

PER CURIAM. Judgment unanimously affirmed, with costs. See 98 N. Y. Supp. 10.

PARKER, P. J., not sitting.

MILLER et al., Respondents, v. LEO et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Action by Henry W. Miller, individually and as Director, and others against John P. Leo and another.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

PARKER, P. J., not sitting.

MILLS et al., Appellants, v. STROPPEL, Respondent. (Supreme Court, Appellate Division, Second Department. January 25, 1907.) Action by James W. Mills and another against Karl Stroppel. No opinion. Judgment and order affirmed, with costs.

MINOR v. GARDEN. (Supreme Court, Appellate Division, First Department. January 18, 1907.) Action by Gilbert W. Minor against W. Morton Garden. No opinion. Motion granted, with $10 costs. Order filed.

In re MORRIS ST. IN CITY OF YONKERS. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) In the matter of laying out and opening Morris street, city of Yonkers. No opinion. Appeal dismissed, with costs.

MOYER, Appellant, v. VILLAGE OF NELLISTON, Respondent. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Action by Irving Moyer against the village of Nelliston.

PER CURIAM. Order modified by inserting as a condition for the granting of a new trial the payment by defendant of the trial fee and disbursements, and, as so modified, affirmed, without costs to either party.

PARKER, P. J., not sitting.

MULLEN, Respondent, v. J. J. QUINLAN & CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Action by Edward P. Mullen against J. J. Quinlan & Co.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

PARKER, P. J., not sitting.

MYERS et al., Appellants, v. PECKINS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 16,